IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN W. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-12-1093-D |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

This matter comes before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). A review of the case file reveals no timely written objection, even though the parties were specifically advised of their right to object, the deadline for filing an objection, and the consequences of failing to object. The Court therefore finds that further review is waived. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). For this reason, and because Judge Purcell's analysis is correct, the Court concurs in the recommendation of dismissal for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 17] is adopted. This action is DISMISSED without prejudice to refiling.

IT IS SO ORDERED this 9th day of August, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE